1924.  MACON & BIRMINGHAM RAILWAY COMPANY v. LANE.

POWELL, J.    1. The evidence, though circumstantial in some respects, was
sufficient to authorize the jury to find that the defendant received the
money from the plaintiff, a married woman, in payment of the debt of
her husband, either with actual knowledge or reasonable cause to believe
that it was hers.  The case is therefore controlled by *Third National
Bank* v. *Poe*, 5 *Ga. App.* 114 (62 S. E. 826).  See also *Humphrey* v.
*Copeland*, 54 *Ga.* 543.
2. In a case like that indicated in the foregoing headnote, it is relevant for
the plaintiff to prove that the defendant's agents or officers in charge of
the transaction had been notified, shortly prior to the time that the
money was paid over, that the husband did not have the money with
which to pay the debt, and that if it was paid it would have to be paid
with the wife's money.    *Judgment affirmed.  Hill, C. J., disqualified.*

Complaint, from city court of Macon—Judge Hodges.   May 1,
1909.

Argued July 15,—Decided July 31, 1909.

*Frank U. Garrard, W. C. Neill,* for plaintiff in error.

*Joseph H. Hall, Warren Roberts, DuPont Guerry,* contra.